CLEMENT, BANE & CO. *v.* OCEANA CIRCUIT JUDGE.

FORECLOSURE—DEFICIENCY DECREE—CREDITOR'S BILL.

A deficiency decree in a foreclosure suit, on which execution has been issued and returned *nulla bona,* may be the basis of proceedings at law in the nature of a judgment creditor's bill, under 2 How. Stat. chap. 278.

*Mandamus* by Clement, Bane & Company to compel Fred J. Russell, circuit judge of Oceana county, to vacate an order dismissing a proceeding instituted under chapter 278, 2 How. Stat. Submitted December 27, 1898. Writ granted April 4, 1899.

*L. K. Soper,* for relator.

*L. G. Rutherford,* for respondent.

PER CURIAM. In a foreclosure suit in chancery, under chapter 247, 2 How. Stat., the relator, a corporation, obtained a decree against the mortgagors for the deficiency. Execution was issued and returned *nulla bona.* It then commenced proceedings under chapter 278, 2 How. Stat., entitled "Proceedings at Law in the Nature of a Judgment Creditor's Bill." The respondent held that this chapter applied only to judgments at law, and not to decrees in chancery. We think the court in error. In 5 Enc. Pl. & Prac. 489, it is stated that "it has been uniformly determined that such [money] decrees may be made the basis of creditors' bills." The authorities from the different States are there cited. If this be so, we see no reason why we should hold that the chapter above cited is not applicable to this proceeding.

The writ will issue as prayed.